IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 23-mj-187-RMM |
| BARRY SATURDAY | * | |
| | * | |
| Defendant. | * | |

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR HEARING

The Defendant, Barry Saturday, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Withdraw as Counsel and Request for Hearing. In support of this Motion, counsel state as follows:

1. On August 11, 2023, attorney Michael E. Lawlor entered an appearance in this case as appointed counsel on behalf of Mr. Saturday. That same day, Mr. Lawlor's associate Adam C. Demetriou also entered an appearance.

2. At this time, Mr. Saturday has instructed the undersigned counsel to move to withdraw as counsel in this matter.

3. The undersigned counsel respectfully request that this Court set this matter in for a hearing to determine whether to grant this motion to withdraw as counsel and appoint new counsel to represent Mr. Saturday.

WHEREFORE, for the foregoing reasons, the undersigned counsel

1

respectfully request that this Court set this matter in for a hearing to determine whether the appearance of Michael E. Lawlor and Adam C. Demetriou should be stricken and new counsel appointed for Defendant Barry Saturday.

                              Respectfully submitted,

                              /s/
                              _____
                              Michael E. Lawlor
                              Adam C. Demetriou
                              Brennan, McKenna & Lawlor, Chtd.
                              6305 Ivy Lane, Suite 700
                              Greenbelt, Maryland 20770
                              301.474.0044
                              mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

                              /s/
                              _____
                              Michael E. Lawlor